Thank you, Your Honor. May it please the court. My name is Robert Gibbs. I'm counsel for Sarmukit Singh, who brings this case for the second time to this court. This court remanded earlier appeal to the board because the board had failed to address one of the contentions on appeal, namely that the denial of a short continuance to respond to a late filing by the government was prejudicial and should be remanded. On the remand, the decision of the board was just two more paragraphs related to the continuance, basically affirming the denial of the continuance, because the board thought that the Certificate of Service was sufficient to show that counsel had received it, even though counsel testifiers stated in open court under penalty of bar rules that he had never received it. In fact, the immigration judge couldn't even find his copy of it in court. He had to take a brief recess and go searching for it in the clerk's office. Counsel, what does it mean in the record where the person who you said indicated he never received it in discussing the document said, Your Honor, I would I deleted that document from the latest file. What does that mean? I had the same question. I have no idea. I think he was referring to the different exhibits as they were numbering them. They're going through the numbering process in the court, and he was referring to a prior numbered exhibit. But it's not Christopher. But the judge had just said before them, referring to the exhibit at issue, that will be exhibit looks like I'm up to 15. But I have I have the same I'm on the same page and have the same problem as Judge Bennett. And I it seems like so are we all on ER 135? I think. Yes, 135. Right. They can't find it. The judge doesn't have it either. The judge takes a break to go find his copy. And I think he's talking about picking up a piece of, you know, a paper, an envelope and counsel for the government has said that she's mailed it. As opposed to emailing it, it sounds like it's not an electronic document. And that's part of my difficulty, because when he says he's deleted it, they seem to be going right on and talking about another document or another exhibit because he says at line 17, counsel for petitioner says, Your Honor, I would I deleted that document from the latest file, so I would like to. And that's what Judge Bennett is referring to. And then there's this discussion. The judge says, I'm sorry, I meant 16 as opposed to 15. And then look on line 25, counsel for the government. Oh, these are for me. And I can't tell what they're talking about right there. And then packet of background materials from the respondent, according to the judge, and then they're on to what these are from 1984, which seems to be like something else completely different. Yeah, there was another council there were judged. There was some other document related to some impeachment issue that was put into the record that the court or the board referred to. But I agree, this is awfully horrible. Do we know if we do we know if the government's council serve this supplemental filing electronically? No, they wouldn't have that was before they that was before they have electronic filing system is still just kind of in the early stages of transition to a lot of electronic filing, but no electronic filing at that time. Council talk about that when it's her turn. But I think I want to make sure I jumped up on on top of Judge Bennett's question. I want to make sure he gets his questions about this answered as well, because I'm confused by this part of the record. So the other question I have, which is related, but not the same. So and I don't want to take everybody's time. But did you did your your client and his attorneys have never submitted anywhere what they would have submitted had they had extra time? I mean, we're talking years now, and no one has proffered to the IJ or the BIA or us what they would have put in the record had the IJ granted a continuance. So isn't that necessary? Isn't it necessary to show us why not granting the continuance would have made a difference? I mean, why granting the continuance would have made a difference? You're correct. I don't see anywhere in the record that we took on here that that was ever anything was ever later submitted to the IJ or to the board at either time. When this court remanded the case to the board, I thought this was odd. They didn't set any kind of briefing schedule or give either party a chance to respond to the remand. They just the next thing we see in the record is just here's BIA decision number two. But it would have been better if they put in something. I agree. But the problem on the day of the hearing is it's not at all clear to me that Mr. Dariwal, the prior counsel ever was had a copy of this document put into his hands. And he can say more specifically, well, this is what I could say. It was all kind of a surprise to him. You're saying that even though the judge found a hard copy of this document and the government put it into evidence that and it's in the record that the lawyer never had a copy of it? Never got a copy of it? I mean, I understand he seems to say he didn't get a copy of it before the hearing, but he certainly had a copy of it after the hearing. Well, I'm not sure. I just don't know. The only way he would get a copy after the hearing is if the mail finally showed up or if he submitted a FOIA request to EOR saying, I need copies of this document. Or if he asked somebody and said, it's now part of the record, judge, can I get a copy or it's not part of the record government? Can I get a copy? I mean, are you saying you've never seen this document? I haven't. Well, I haven't seen it until I took over the case. I just took over the case just in the last couple of years. So what exactly prior counsel did or saw or when they got it, I don't know. But in my experience, when something like this happens at the trial, the court will put on the record, okay, so counsel, now you have a copy of that. You've been served with this in court. That's not in the record. That would be normal practice, best practice. I don't see that here. Counselor, did you want to reserve the rest of your time for rebuttal? Yeah, why don't we do that, Your Honor? Let me just, one, two other quick comments on the certificate of service. First of all, the certificate of service is pretty opaque. It just says pretty much, the trial counsel says, I put a stamp in an envelope and put it out for mailing. But it doesn't, the government doesn't use the template certificate of service that's in the practice manual, which says, I served this by first class mail. Counsel doesn't say that. In terms of maybe any further proof on whether service was effective, there's a series of Ninth Circuit and Second Circuit and other cases that say, if a party says they didn't get it, that makes a credible statement that they didn't get it, then that's sufficient to rebut the presumption of delivery. We think that standard ought to be applied here because we had a statement by counsel in open court subject to the bar rules of candor to the tribunal that he never got it. I'll reserve the rest of my time. Thank you. We'll hear from the government's counsel. Good morning. Good morning. Good afternoon, your honors. May it please the court, my name is Julie Iverson, and I represent the United States Attorney General. Mr. Singh has failed to demonstrate that the agency's denial of his continuous request was an abuse of discretion. The government's, the DHS's certificate of service indicates that it was served on him more than two weeks in advance of the April hearing. He indicated at the April hearing that he had not received it, but it was not clear why he didn't put forward any proffer to rebut the presumption that the documents had been served. I was just going to say, what could you possibly put forth to rebut the presumption other than, um, I didn't get it. I mean, you're not, you're not required to call the postmaster general to talk about how the mails work. Well, your honor, it's not clear. Counsel that day did not seem to know whether he had received it or not. He was sort of speculating whether that he had not received it and that it was to a postal air. But as your honor mentioned, initially he, he said something about having deleted it from his file, which is not clear what that meant. Uh, and then, excuse me, excuse me, right there, please. I can't tell that he's talking about the same thing at all. That's not clear to me because they seem to go right into a, uh, a different document or a different exhibit. So can you tell me whether or not this thing that was, uh, that the government submitted, was it served in paper, which seems to be the case to the judge as opposed to electronically? Uh, yes, your honor. It was served in paper. It's located, uh, the document is located in the record at, um, one 94. I have it. I'm just trying to figure out, I'm trying to make sense of the comment that something was, he's, he clearly says he's deleted something. I can't tell if it, if that comment refers to the previous statement or the following statement. And I can't make sense of it if it was not an electronically served exhibit. So you just said he deleted it. What do you know that I don't know from this record? I don't know. I was, because of where it, uh, this, where the statement occurred directly after talking about the DHS exhibit, uh, it made me think that counsel for, um, for Mr. Singh had, would referring to that. And maybe I don't have any knowledge that you don't know, but I was thinking maybe he had some sort of way of tracking his thing, but it would not have been served electronically. It would have been served, um, over the mail and as indicated in the certificate of service by the Department of Homeland Security. Um, thank you. Could I ask a follow up, a couple of follow-up questions that are just, um, they're small. Well, they're not that small. I'm trying to figure out why this person's name keeps being misspelled, uh, petitioner's name. He, he corrected the spelling at his, uh, credible fear interview. Is there some reason we wouldn't change the caption so we can get this man's name right? Uh, I'm not sure your honor. I know that he pointed it out at some point. Um, I'm not sure. Right at the inception. I think we've had it wrong all the way through, which is unfortunate. Yeah. I'm not sure your honor why, um, why it was not corrected. Okay. At the credible fear interview ER 549, he's found credible, right? That's why he went onto a merits hearing. He was found to have a credible fear and that's why he, he was referred to proceedings. What's the government's strongest, um, evidence, um, supporting the adverse credibility determination, please. The governor, uh, the immigration judge found, uh, as he's permitted to do under the statute, uh, that's the, the account that he put forward was implausible. It was not plausible. Uh, and what he found to be implausible was that, um, Mr. Singh's claim that the police would have some sort of interest in him four years after he departed India, when they expressed no interest at all in him when he was actually in India. And when he went to the police station to report, um, an attack by the Badal party, the police sort of ushered him out, expressed no interest in him while he was there. Uh, then when he departs and that he's applying for asylum in the United States, suddenly they have interest in him. And then five days before the hearing, uh, Mr. Singh's father can claims that the police actually went to his house inquiring into his whereabouts. So the immigration judge found this interest, um, in him by the it was after the most, the most recent time that they went to the police or that the police went to his home was after the Badal party was no longer the controlling party in Punjab. So the immigration judge based his adverse credibility determination, um, on his, on his belief that he presented an implausible account. And that was, and the board, when looking at that, um, they apply a clear air standard of review and the board acknowledged that that's a very deferential standard of review. And they found that the immigration judges, uh, implausibility finding was plausible. Um, and that while another fact finder might have reached a different conclusion, uh, it was not clear air for the IJ to have reached that conclusion. So, so counsel, um, the, the BIA found that are accepted that one of the inconsistencies was supposedly he told an asylum officer that he feared the police, uh, on the ground that they were under the control of the Badal party and that the Badal party was no longer in power. But in fact, in, um, uh, that his testimony was that the police still work for the Badal party. So why is that an inconsistency? Don't we have to disregard that? Disregard? Don't we have, don't we have to not, don't we have to not credit that as an inconsistency because it really isn't. I think that it, it wasn't so much an inconsistency. The immigration judge found that it was implausible that looking at the totality of the circumstances, which it's required to do under the statute, that the police, he claimed that the police was working with the, or the police was working for the Badal party, but the police had no interest in him while he was actually in India. So I understand that point, but the judge said, but the finding by the BIA was that, um, you know, after the party changed, why would the, why would the police, um, uh, who had been, uh, with the Badal party, why would, uh, why would, why would that mean that they would go after him and that that's supposedly inconsistent? But what he testified is that he thought the police, notwithstanding the change in government, were still under the control of the Badal party. So, I mean, that's not really an inconsistency as I see it. Well, I think, uh, he also was asked about why they would, the police would go after him. And he mentioned that he supported the formation of Palestine, which is a, like an independent Sikh state. Uh, and he had not mentioned that before. And he also seemed to suggest that the Congress Judge Bennett's question, could you take another run at that and answer the question, please? Cause I I'm trying to follow whether you have a response. Okay. So the question again is whether, whether the immigration judge should have disregarded his claim that the Badal party and the police would, uh, that the Badal party was that the police was still working for the Badal party. No, I think, no, I think the IJ found there was an inconsistency, um, because, uh, the, the IJ said, you know, why would the police, um, still be after him when the government changed without taking into account that there, if you believed him, there wasn't an inconsistency because of his claim that the police still work for the Badal party, notwithstanding the change in government. I think the immigration judge just disregarded that and, and believed that now that the government had changed, that there would be no, uh, that they would not be working with the Badal party anymore. Um, I, I, I assume the government still believes that even if you were wrong on that, uh, that doesn't affect the alleged implausibility of the police who never had any interest in him while he was there. Now, supposedly this monumental interest in him in America. Um, and if he went back and, and the coincidence of the, the, the evidence coming in at seminal dates in the hearing. Yes, that's correct. Your honor. I also wanted to point out, um, in, in Mr. Singh's brief to the board at page 40, he talks about, uh, with the continuance being given the chance to provide additional documents to show that the police, um, was working with the Congress party and that he feared the Congress party. So I just wanted to point that all out also that he seems to kind of stripped his claim and his, uh, appellate brief to the board and suggest that the police might be working with the Congress party and that he feared, uh, the party, the Congress party, which he had never made a claim about before. Counsel, you're out of time. Could you please wrap up? Yes, your honor. Um, this case turns on the standard of review with respect to the adverse credibility determination, and the record does not compel the conclusion that Mr. Singh's claim was credible. Uh, with respect to the motion to, um, for continuance, he has not shown that the denial of his request was an abuse of the agency's bribe discretion. Therefore, the petition for review should be denied. Okay. So you have, uh, a bit of time left for rebuttal. Thank you, your honor. Just a couple of points. One to address, I looked at the record a little bit here on Judge Bennett's question about whether counsel, prior counsel ever got this exhibit and I agree the exhibit is, the record is a little bit confused, but if you look at 134 line three, the judge marks an earlier exhibit as exhibit 15. And then there's about a couple of pages of colloquy back and forth about whether Mr. Dariwal got the, um, supplemental filing. And then on, uh, 136, the judge says, okay, let's see. So I'm going to mark this supplemental filing as election commission. Looks like I'm up to 15, but he's, the judge is mistaken. He's just misremembering. He's already marked the prior exhibit as 15. And so then the, uh, Dariwal says, oh, wait, I deleted that document. I think that Dariwal is referring to exhibit 15. What was exactly, actually exhibit 15 and not was not exhibit 16. He was just working through his file folder and probably on a computer there. And he marked, once he numbered that, he deleted that document. Let me respond quickly to the government's argument about the effect of the election. First of all, the, the significance of the discussion about who he hears after the election really doesn't go to the fundamental question of whether there was past persecution. In other words, before he left India, the significance of Congress or Bible as a persecutor after the election or after the trial really goes to the risk of future persecution. Sir, you're over your time, please wrap up. Okay, fine. Yeah. I think the, the additional evidence that could have come into the record would be that both Congress and Bible have anti-Khalistan. And so whichever parties in power at that time, uh, wouldn't have a material effect on whether this, uh, applicant would be persecuted. Thank you, your honors. Thank you both. We'll take this matter under advisement and go on to the next case on the calendar.
judges: Christen, Kobayashi, Bennett